**Mark W. Swimelar**
**STANDING CHAPTER 12 & 13 TRUSTEE**
**250 South Clinton Street**
**2nd Floor**
**SYRACUSE, NEW YORK 13202**

**TELEPHONE: (315)471.1499**
**FAX: (315)471.4811**

LYNN HARPER WILSON
STAFF ATTORNEY

April 5, 2010

Clerk - Bankruptcy Court
100 South Salina St. Suite 10
Syracuse, NY 13202

RE:    06-33714 Doyle

Dear Clerk:

Enclosed please find check #789568 in the amount of $507.15. Pursuant to the order of confirmation, we have been collecting funds from the debtor in this case and have attempted to return funds. The debtor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The debtor name and address as listed on the petition is as follows:

Claim No. 999

| Acct# | Name | William Doyle |
|---|---|---|
| | Address | 1111 Bellview Ave. |
| | Address | Syracuse, NY 13204 |

Please deposit this check in the Unclaimed Funds Account for the above named debtor. If you have any questions, please advise.

Very truly yours,

Kristie M. Moore
Account Clerk

FILED

APR 1 6 2010

Enc.

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY